Case 4:22-cv-04015   Document 18   Filed on 02/14/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 14, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ADAM CONTRERAS, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-04015 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| DAVID WILSON, *et al*, | § | |
| Defendants. | § | |

**ORDER ADOPTING**
**MEMORANDUM AND RECOMMENDATION**

Plaintiff Adam Contreras, proceeding *pro se*, filed a complaint against multiple defendants. Dkt 1. Intelligible allegations of fact and legal causes of action cannot be discerned.

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan dated January 17, 2023, recommending that the complaint be dismissed without prejudice for lack of subject matter jurisdiction. Dkt 7.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

After entry of the Memorandum and Recommendation, Contreras filed multiple documents. See Dkts 8, 9, 10, 11, 12, 13 & 14. These filings are as unclear as his complaint. Regardless, they do not appear to contain a specific objection to the Memorandum and Recommendation.

No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 7.

All claims asserted by Plaintiff Adam Contreras are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

A final judgment will issue by separate order.

SO ORDERED.

Signed on February 14, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge